UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:17-cv-02366-SVW-KK | Date | May 23, 2018 |
|---|---|---|---|
| Title | Dennis Henderson v. Chicago Cubs Baseball Club, LLC | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donald C. Potter | Anthony J. DiBenedetto |

**Proceedings:**   STATUS CONFERENCE re MOTION to Compel Further Production of Documents filed by Plaintiff [25]

Conference held.  The matter is submitted.  Order to issue.

|  | : | 35 |
|---|---|---|
| | Initials of Preparer | PMC |